# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 OCT 16 P 2:43
CLERK OF COURT

(Full name of plaintiff(s))

Darnell Norwood

v.

(Full name of defendant(s))

Take-two Interactive software inc, 2K Sports Visual concepts Entertainment

Case Number: 25-C 1584
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin (State) and resides at 6358 S. 35th St unit 4 Franklin WI 53132 (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Take-Two Interactive Sotware inc (Name)

Complaint – 1

is (if a person or private corporation) a citizen of __New York__
(State, if known)
and (if a person) resides at __110 W. 44th St New York, NY 10036__
(Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for __Take-two Interactive Software, inc__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Take-two interactive software inc, 2k sports, and visual concepts, all in one, they're all together.

2. They stole a concept that I pitched to them and added an almost exact version to their game in 2024.

3. 9/2024

4. Take-two interactive software inc, 2K Sports, and Visual concepts

Complaint – 2

5. Based on the evidence and timeline, I believe Take-two and its subsidiaries used my copyrighted concept without permission in order to enhance the online gameplay experience in their NBA 2K franchise. I believe these actions constitute copyright infringment, misappropriation of ideas, breach of implied-in-fact contract, and unjust enrichment. My copyrighted concept, the Blowout feature, was shared with representatives of 2K and Take-two in good faith as part of partnership discussions. The idea was later used without authorization, credit, or compensation, despite clear evidence of communication and proof of prior ownership.

Complaint – 3

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am seeking monetary damages in the amount of 12,000,000 for copyright infringement, misappropriation of ideas, breach of implied contract, and related harms. I am also request a permanent injunction preventing defendants from using or profiting from my copyrighted concept ("The Blowout Feature") without authorization, and for an accounting and disgorgement of profits from its use.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES      ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __16th__ day of __October__ 20__25__.

Respectfully Submitted,

_____
Signature of Plaintiff

__(414) 335-7486__
Plaintiff's Telephone Number

__blowoutfeature12@gmail.com__
Plaintiff's Email Address

__6358 S. 35th St unit 4__
__Franklin WI 53132__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:25-cv-01584-PP   Filed 10/16/25   Page 5 of 5   Document 1